UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT ROSENBERGER,

                Plaintiff,

– against –

UNITED STATES OF AMERICA,

                Defendant.

**ORDER**

21 Civ. 3438 (ER)

Ramos, D.J.:

    Plaintiff Rosenberger filed a complaint in this action on April 19, 2021.  Doc. 1.  Rosenberger also filed a summons on August 16, 2021.  Doc. 2.  Since that date, there has been no further action in this case.  Rosenberger is therefore instructed to submit a status report by no later than January 6, 2022.  Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:   December 16, 2021
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.